UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LARRY DIXON, LARRY DIXON RACING, LLC, and CHAMPIONSHIP ADVENTURES, LLC, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 1:19-cv-01470-JRS-DML ) |
| NATIONAL HOT ROD ASSOCIATION, | ) ) ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

The Parties, by and through their counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiffs' claims against Defendant, with prejudice. This is a final stipulation that terminates this civil action. Each of the parties shall bear their own costs.

Respectfully submitted,

HOVDE DASSOW & DEET, LLC
By: /s/ Robert T. Dassow
Robert T. Dassow, #15145-64
10201 N. Illinois
Street, Suite 500
Indianapolis, IN 46290
rdassow@hovdelaw.com
Telephone: (317) 818-3100
Facsimile: (317) 818-3111

                        Of Counsel:
                        THE LANIER LAW FIRM, P.C.
By:   */s/ Felicia M. Hubert*
W. Mark Lanier
State Bar No.: 11934600
wml@lanierlawfirm.com
Felicia M. Hubert
State Bar No.: 17635900
Felicia.hubert@lanierlawfirm.com
Benjamin T. Major
State Bar No.: 24074639
Ben.major@lanierlawfirm.com
10940 W. Sam Houston Pkwy N., Suite 100
Houston, Texas 77064
Telephone: (713) 659-5200
Facsimile: (713) 659-2204

ATTORNEYS FOR PLAINTIFFS

*/s/Thomas M. O'Rourke, with permission*
Paul K. Leary, Jr., Esquire
Thomas M. O'Rourke, Esquire
COZEN O'CONNOR
One Liberty Place, Suite 2800
1650 Market Street
Philadelphia, PA 19103
T: 215-665-2000
Pleary@cozen.com
TMORourke@cozen.com

David Reichenberg, Esquire
COZEN O'CONNOR
277 Park Avenue
New York, NY 10172
T: 212-883-4900
Dreichenberg@cozen.com

Jonathan D. Mattingly, Esquire
MATTINGLY BURKE
COHEN & BIEDERMAN, LLP
155 E. Market Street, Suite 400
Indianapolis, IN 46204
Jon.mattingly@mbcblaw.com

Dated: February 9th, 2022

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that the foregoing was filed using the Court's CM/ECF system on the 9th day of February, 2022, and that notification and service of such filing will be made by the CM/ECF system on all counsel of record.

      */s/ Felicia M. Hubert*
      ATTORNEY FOR PLAINTIFFS